# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO BETANCOURT,<br><br>   Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:21-cv-00661-JLT-GSA<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF GUSTAVO BETANCOURT, AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

   Gustavo Betancourt and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on January 20, 2023. (Doc. 29.) Pursuant to the terms of the stipulation, the matter shall be remanded to the "Appeals Council" who will then remand the case to "an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record." (*Id*. at 1.) Further, the parties stipulated judgment shall be entered "in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner." (*Id*. at 2.)

///

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. The Clerk of Court is **DIRECTED** to terminate all pending motions and hearings, and enter judgment in favor of Plaintiff Gustavo Betancourt and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**January 24, 2023**__   
UNITED STATES DISTRICT JUDGE